UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEX VALENCIA,<br><br>      Petitioner,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>      Respondents. | Case No. CV 12-6502-DSF(AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 2/5/14

_Dale S. Fischer_
Dale S. Fischer
United States District Judge